E. DON SMITH ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF GREENWICH ET AL.

The defendants The Historical Society of the Town of Greenwich, Incorporated, and Anita de Lessups Keefe's petition for certification for appeal from the Appellate Court, 29 Conn. App. 28 (AC 10431), is granted, limited to the following question:

"In acting on a subdivision proposal that conforms to applicable zoning regulations, may a planning and zoning commission take into account the fact that the property is located in a historic district and that the development of the property may be inconsistent with historic preservation of the district?"

The Supreme Court docket number is SC 14633.

*William E. Hegarty,* in support of the petition.

*E. Don Smith,* pro se, and *Eileen Smith,* pro se, in opposition.

Decided October 30, 1992

---

ANILDA SANCHEZ ET AL. *v.* ALFRED PRESTIA ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 29 Conn. App. 157, is denied.

*Dennis J. O'Brien,* in support of the petition.

Decided October 30, 1992

---

KENNETH POLVERARI ET AL. *v.* WILLIAM T.
PEATT, JR., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 29 Conn. App. 191, is denied.

*Alan R. Spirer,* in support of the petition.

*Louis Ciccarello* and *Walter G. Ryba,* in opposition.

Decided October 30, 1992